IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DARROW PAYNE-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv975-MHT |
| | ) | (WO) |
| CHERYL PRICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION AND ORDER

This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1404(a). Also before the court is plaintiff's objection to the recommendation. After an independent and de novo review of the record, the court concludes that the objection should be overruled and the magistrate judge's recommendation adopted.

Accordingly, it is ORDERED as follows:

(1) The objection (doc. no. 4) is overruled.

(2) The magistrate judge's recommendation (doc. no. 3) is adopted.

(3) This case is transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1404(a).

All pending motions are left for resolution after transfer and thus are terminated in this court.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 13th day of December, 2018.

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**